IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 13-mj-01065-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    SAMUEL MARRUFO RUIZ,

    Defendant.

---

**ORDER**

---

    This court previously granted the United States' Motion to Continue the Extradition Hearing in this case, re-setting the hearing for July 17, 2013 at 2:00 p.m. before Magistrate Judge Michael J. Watanabe, who was scheduled as the duty Magistrate Judge on that date and time. Upon consultation with the Criminal Division, it has been determined that this matter should be referred to Magistrate Judge Kristen L. Mix because of her greater familiarity with the case and the need for consistency of review.  To the extent this court's order required that the hearing be held before Magistrate Judge Watanabe, that portion of the Order is hereby **VACATED**.

    Dated this 2nd day of July, 2013.

                                                                BY THE COURT:

                                                                _Kathleen M Tafoya_
                                                                United States Magistrate Judge